UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN FOSTER-BEY,

    Plaintiff,

v.                                          Case No. 3:16cv629-LC-CJK

RON HILL, et al,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 22, 2017 (doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's "Ex Parte Motion to Treat as a Class Action" (docs. 3, 9) is **DENIED**.

3. Plaintiff's Motion for Preliminary Injunction (docs 4, 10) is **DENIED**.

**DONE AND ORDERED** this 18th day of September, 2017.

                            s/*L.A. Collier*
                           **LACEY A. COLLIER**
                           **SENIOR UNITED STATES DISTRICT JUDGE**